```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-04-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -                             08 Cr. 578 (JGK)

JOSE PENA, ET AL.,                    SPEEDY TRIAL ORDER

                Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **October 10, 2008 at 2:30 p.m.**

Because an adjournment is needed to allow for the defendants to review discovery and to determine what motions, if any, to bring, to allow the defendants to discuss joint defense strategy, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 3, 2008**, until **October 10, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            September 3, 2008

                                              John G. Koeltl
                                              United States District Judge